UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gregory Lavon Porter            Docket No. 5:08-CR-371-1BO

## Petition for Action on Supervised Release

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Lavon Porter, who, upon an earlier plea of guilty to 21 U.S.C.§ 846, Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Gregory Lavon Porter was released from custody on October 10, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 6, 2018 and March 12, 2018, the defendant tested positive for Cocaine. When confronted with the results, Porter stated it was poor decision making on his part and reports it will not happen again. The defendant signed an admission form acknowledging his use of Cocaine on or about March 6, 2018 and March 12, 2018. The defendant was verbally reprimanded and reminded he is to comply with the Surprise Urinalysis Program as well as participate in group substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla Bianco<br>Marla Bianco<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2535<br>Executed On: March 20, 2018 |

Gregory Lavon Porter
Docket No. 5:08-CR-371-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge